UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILICISIMO MARTINEZ,

    Plaintiff,                              CASE NO. 9:13-cv-80036

    v.

VIKING CLIENT SERVICES, INC.,

    Defendant.
_____/

**PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff, FILICISIMO MARTINEZ ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, VIKING CLIENT SERVICES, INC. ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy.

3. Defendant conducts business in the State of Florida and therefore personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**PARTIES**

5. Plaintiff is a natural person who resides in Delray Beach, Palm Beach County,

Florida.

6. Defendant is a corporation with a business office located in the Eden Prairie, Minnesota.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3) and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. § 1692a(5).

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9. Defendant sought to collect a debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. In or around October of 2012, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12. Plaintiff's alleged debt owed arises from transactions used for personal, family, and household purposes.

13. Defendant called Plaintiff's telephone number at 561-704-41XX.

14. In or around October of 2012, Defendant called Plaintiff and left a voicemail message on Plaintiff's answering machine. *See* transcribed voicemail message attached hereto as Exhibit A

15. In the voicemail message, Defendant's representative, "Leigh Ann Lawson"

failed to meaningfully disclose the nature of the call or state that the call was from a debt collector. *See* Exhibit A.

16. In the voicemail message, Defendant's representative, "Leigh Ann Lawson", directed Plaintiff to call her back at 1-800-744-8589, which is a number that belongs to Defendant. *See* Exhibit A.

17. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 *et seq*.

18. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

   b. Defendant violated § 1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   c. Defendant violated § 1692e(11) of the FDCPA by failing to disclose that the call was from a debt collector.

WHEREFORE, Plaintiff respectfully requests judgment be entered against Defendant for the following:

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

3

21. Any other relief that this Honorable Court deems appropriate.

                    RESPECTFULLY SUBMITTED,

By: <u>s/ Shireen Hormozdi</u>
  Shireen Hormozdi
     Krohn & Moss, Ltd
     10474 Santa Monica Blvd., Suite 401
     Los Angeles, CA 90025
     Phone: (323) 988-2400 x 267
     Fax: (866) 385-1408
     shormozdi@consumerlawcenter.com
     Attorney for Plaintiff
     Florida Bar No. 0882461